TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN




NO. 03-10-00119-CR





James Dewey Minton, Appellant

v.

The State of Texas, Appellee




FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
NO. B-05-1414-S, HONORABLE BEN WOODWARD, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N
 
In April 2007, appellant James Dewey Minton was placed on deferred adjudication
community supervision after he pleaded guilty to aggravated sexual assault of a child. Two years
later, the State moved to adjudicate, alleging numerous violations of the conditions of supervision,
including failing to pay fees, failure to complete sex offender therapy, and having unsupervised
contact with children. At a hearing, the court found the allegations to be true, adjudicated appellant
guilty, and imposed a sentence of thirty years’ imprisonment.
Appellant’s court-appointed attorney has filed a motion to withdraw supported by a
brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of
Anders v. California, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced. See also Penson v. Ohio,
488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel’s
brief and was advised of his right to examine the appellate record and to file a pro se brief. See
Anders, 386 U.S. at 744. No pro se brief has been filed.
We have reviewed the record and find no reversible error. See Garner v. State,
300 S.W.3d 763, 766 (Tex. Crim. App. 2009); Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005). We agree with counsel that the appeal is frivolous. Counsel’s motion to withdraw
is granted.
The judgment of conviction is affirmed.
 
 
                                                ___________________________________________
                                                Jan P. Patterson, Justice
Before Justices Patterson, Puryear and Henson
Affirmed
Filed: November 16, 2010
Do Not Publish